UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tenisha Perry,

                Plaintiff(s),

v.                                       Case No. 2:11–cv–12184–AJT–LJM
                                            Hon. Arthur J. Tarnow

Professional Debt Mediation, Inc.,

                Defendant(s).

_____

## NOTICE TO APPEAR

You are hereby notified to appear before the Honorable Arthur J. Tarnow, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  July 19, 2011 at 11:30 AM

## Certification

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                        By: s/ S Jackson
                                                              Case Manager

Dated:  July 7, 2011