UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

TENISHA PERRY
    Plaintiff,                                       Case No 2:11-cv-12184
-vs.-                                                      Hon. Arthur J. Tarnow

PROFESSIONAL DEBT MEDIATION, INC.
    Defendant.
_____

## STIPULATION TO DISMISS
## CASE WITHOUT PREJUDICE AND WITHOUT COSTS

The parties stipulate to the dismissal of this case without prejudice and without costs to either party.


/s/ Gary Nitzkin                               /s/ Michael L. Duncan
Gary D. Nitzkin (P41155)               Michael L. Duncan
Attorney for Plaintiff                    Florida Bar No. 50946
Nitzkin & Associates                   Attorney for Defendant
22142 West Nine Mile Road           EverBank Plaza
Southfield, Michigan 48034           501 Riverside Avenue, 7th Floor
(248) 353-2882                            Jacksonville, FL 32202
gnitzkin@creditor-law.com            (904) 355-1700
                                                (904) 355-1797 (fax)
                                                mduncan@vbwr.com