UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

TENISHA PERRY
    Plaintiff,                                      Case No 2:11-cv-12184
-vs.-                                                        Hon. Arthur J. Tarnow

PROFESSIONAL DEBT MEDIATION, INC.
    Defendant.
_____

## ORDER OF DISMISSAL
## WITHOUT PREJUDICE AND WITHOUT COST

The parties have resolved this matter by way of settlement agreement and the court being otherwise fully advised as to the premises therein;

**IT IS HEREBY ORDERED** that the within action is hereby dismissed without prejudice and without cost to either party.

DATED:   September 8, 2011               S/ARTHUR  J. TARNOW
                                                               ARTHUR J. TARNOW
                                                              United States Senior District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 8, 2011, by electronic and/or ordinary mail.

                                                                         s/Shawntel R. Jackson
                                                                         Case Manager